LOUIS KAPLAN, Respondent, v. EVELYN BARASCH, Appellant, and Others, Defendants.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

ROBERT J. MARTYN, Respondent, v. NEW YORK DOCK COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

WALTER B. MILKMAN, as Trustee in Bankruptcy, etc., Respondent, v. JOSE CASESA and ROSE ANTOINETTA CASESA, Appellants.— Judgment reversed and complaint dismissed, with costs, upon the ground that the evidence does not establish a cause of action in the trustee in bankruptcy. In view of the facts found, the only remedy available is to the creditor at the time, in whose favor a trust results to the extent necessary to satisfy his just demand. Jenks, P. J., Mills, Putnam and Blackmar, JJ., concurred.

HENRY OLIGSCHLAGER, Appellant, v. WILLIAM F. CONNELL, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS AGNELLO, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENZO VISICONTI, Appellant.— Judgment of conviction and order reversed, and new trial granted, upon the ground that the testimony of the detective as to the accusation made by the injured man to the defendant in the hospital, and the defendant's partial reply thereto, were clearly incompetent under *People* v. *Kennedy* (164 N. Y. 449) because the detective, according to his own admission, refused to permit the defendant then and there to complete his reply to such accusation, or to give the injured man an opportunity to respond to that reply, and because that testimony was by its natural force exceedingly adverse to the defendant. Although no objection to that testimony was made in defendant's behalf at the trial, we think, considering the character of the rest of the evidence, and of the main opposing witnesses, justice requires a new trial. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB WIDDER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed, on reargument. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER HASEMANN and LAURA HASEMANN, His Wife, Appellants, v. HENRY SOUTHARD and NELLIE SOUTHARD, His Wife, Respondents.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.